RECEIVED
SEP 1 6 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MARK SAVOY** | **CIVIL ACTION NO. 6:15-cv-00398** |
| **LA. DOC #580262** | |
| **VS.** | **SECTION P** |
| | **JUDGE DOHERTY** |
| **WARDEN ROBERT TANNER** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED in Lafayette, Louisiana, on this _16_ day of September, 2016.

Rebecca F. Doherty
United States District Judge